

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## NUMBER 13-11-00347-CV

JOHN T. MCGUIRE, ET AL.,                                    Appellants,

v.

RAUL IBARRA AND MELESIO C. VASQUEZ,              Appellees.

## NUMBER 13-11-00555-CV

LOOP COLD STORAGE MANAGEMENT COMPANY
AND LOOP COLD STORAGE, MCALLEN, LP,              Appellants,

v.

RAUL IBARRA AND MELESIO C. VASQUEZ,              Appellees.

On appeal from the 389th District Court
of Hidalgo County, Texas.

# MEMORANDUM OPINION

## Before Chief Justice Valdez and Justices Garza and Vela
## Memorandum Opinion Per Curiam

Appellants have filed an unopposed motion to dismiss the appeal in cause numbers 13-11-00555-CV and 13-11-00347-CV on grounds that the parties have compromised and resolved all matters between them.   Appellants request that this Court dismiss these appeals.

The Court, having considered the documents on file and the appellants' unopposed motion, is of the opinion that the motion should be granted.   *See* TEX. R. APP. P. 42.1(a).   The appellants' unopposed motion to dismiss the appeals in cause numbers 13-11-00555-CV and 13-11-00347-CV is hereby granted, and the appeals are hereby DISMISSED.   Costs will be taxed against appellants.   *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellants' request, no motion for rehearing will be entertained, and our mandate will issue forthwith.


PER CURIAM


Delivered and filed the
5th day of January, 2012.